UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2012 ★
BROOKLYN OFFICE

MARTINO S. BUSSA,

    Plaintiff,

– against –

MTA NEW YORK CITY TRANSIT,

    Defendant.

ORDER

10-CV-2525

**JACK B. WEINSTEIN, Senior United States District Judge:**

The magistrate judge's report and recommendation is adopted in full. *See* Report and Recommendation, Bussa v. MTA New York City Transit, No. 10-CV-2525 (E.D.N.Y. Nov. 1, 2011), CM/ECF No. 37. The case is dismissed for failure to prosecute and for failure to comply with orders of the court. *See* Fed. R. Civ. P. 41(b); *see also* Fed. R. Civ. P. 37(b)(2)(A)(v).

The clerk of court shall enter a judgment for the defendant.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: February 13, 2012
      Brooklyn, New York

